IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN KELLEY,

        Plaintiff,                    No. CIV S-03-1548 DFL PAN P

    vs.

B. WILLIAMS, et al.,

        Defendants.              <u>ORDER</u>

                            /

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On March 2, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant B. Williams was returned unserved because there was not enough information provided to locate said defendant. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the complaint filed July 23, 2003;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant B. Williams;

    b. Two copies of the endorsed complaint filed July 23, 2003; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: July 27, 2006.

UNITED STATES MAGISTRATE JUDGE

12/mp
kell1548.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN KELLEY,

      Plaintiff,                    No. CIV S-03-1548 DFL PAN P

      vs.

B. WILLIAMS, et al.,             NOTICE OF SUBMISSION

      Defendants.            OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      __1__ completed USM-285 forms

      __2__ copies of the July 23, 2003 Complaint

DATED:

_____
Plaintiff