1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  STEPHEN KELLEY,
11          Plaintiff,                    No. CIV S-03-1548 DFL EFB P
12      vs.
13  B. WILLIAMS, et al.,
14          Defendants.                   ORDER
15  _____/
16      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.
17  *See* 42 U.S.C. § 1983. On March 6, 2007, he filed a motion for the court to appoint counsel and
18  to stay the taking of his deposition until counsel has been appointed.
19      District courts lack authority to require counsel to represent indigent prisoners in
20  section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In
21  exceptional circumstances, the court may request counsel voluntarily to represent such a
22  plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood
23  v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no
24  exceptional circumstances in this case.
25  ////
26  ////

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's March 6, 2007, motion for
2   appointment of counsel and to stay his deposition is denied.
3   DATED: April 9, 2007.

*Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE