IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN KELLEY,

        Plaintiff,                 No. CIV S-03-1548 RRB EFB P

    vs.

DOCTOR B. WILLIAMS, et al.,

        Defendants.        <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983.  On September 11, 2007, defendants filed a motion for an extension of time to file and serve a reply to plaintiff's opposition to the motion for summary judgment.  The reply brief was due on September 12, 2007.  The request notes that counsel had to file a "complicated motion for summary judgment" in state court four days before his reply was due in this court.  It also asserts that counsel had depositions scheduled in the days immediately before the due date of the reply brief here.  The request is granted.

      Accordingly, it is ORDERED that defendant's September 11, 207, request is granted and the reply brief filed on September 17, 2007, is deemed timely filed.

Dated: October 17, 2007.

*[signature: Edmund F. Brennan]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE