1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  STEPHEN KELLEY,
11          Plaintiff,                    No. CIV S-03-1548 RRB EFB P
12      vs.
13  DOCTOR B. WILLIAMS, et al.,
14          Defendants.                   ORDER
15  _____/

16      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42
17  U.S.C. § 1983. Pending before the court is plaintiff's September 25, 2006, motion for assistance
18  in locating defendant B. Williams.
19      On July 30, 2004, the court directed that defendant B. Williams be served with process.
20  On June 14, 2006, process was returned unexecuted with respect this defendant. The court gave
21  plaintiff time to locate B. Williams and advised plaintiff that he could request the court's
22  assistance if his access to information leading to this defendant's location unreasonably was
23  denied or delayed. On September 25, 2006, plaintiff filed a document styled "Motion for
24  Judicial Intervention," seeking assistance in locating defendant B. Williams. On December 4,
25  2006, defendants Brett Williams and Debrina Williams answered the complaint.
26  ////

1    The answer filed by defendant Brett Williams constitutes an appearance in this case and,
2 accordingly, renders plaintiff's September 25, 2006, request moot.
3    Accordingly, it is ORDERED that plaintiff's September 25, 2006, motion is denied as
4 moot.
5 Dated: November 1, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE