IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN KELLEY,

      Plaintiff,                        No. CIV S-03-1548 RRB EFB P

    vs.

B. WILLIAMS, et al.,

      Defendants.              ORDER

_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 25, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 9, 2007, denying plaintiff's request that the court appoint counsel. The Local Rules of this Court state that a magistrate judge's orders will be upheld unless "clearly erroneous or contrary to law." L. R. 72-303(f). The court has reviewed the record and finds that magistrate judge's ruling was not clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 9, 2007, is affirmed.

DATED: 2/1/2008

                                                    /S/ Ralph R. Beistline
                                                    UNITED STATES DISTRICT JUDGE/