IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN KELLEY,

        Plaintiff,                     No. CIV S-03-1548 RRB EFB P

    vs.

B. WILLIAMS, et al.,

        Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 13, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1.  The findings and recommendations filed February 13, 2008, are adopted in full;

2.  Defendant Debrina Williams' July 31, 2007, motion for summary judgment is granted and judgment is entered in her favor; and

3.  The Clerk is directed to close the case.

DATED: 03/31/2008

/s/ Ralph R. Beistline
UNITED STATES DISTRICT JUDGE

/